

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00701-CV

**EX PARTE** Erin **JUI**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08797
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that Erin Jui recover her costs of this appeal from the Bexar County Sheriff's Office.

SIGNED March 4, 2015.

_____
Jason Pulliam, Justice